MARY BURKE, Appellant, *v.* MAY L. KIRKMAN et al., Respondents.

(Argued June 12, 1929; decided July 11, 1929.)

*Bennett E. Aron* and *Dewey D. Blicksilber* for appellant.
*R. Randolph Hicks, Richard V. Carpenter* and *Barent Ten Eyck* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.